*E-FILED: June 3, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C13-00942 HRL |
| Plaintiff, | |
| v. | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| WILLIE J. RILEY, | |
| Defendant. | |

Plaintiff advises that defendant has filed for bankruptcy and that this matter is stayed pursuant to 11 U.S.C. § 362. The court finds no reason to keep this case on its docket of active litigation, and the clerk is ordered to administratively close the file. Any party may file a motion to reopen this matter should a change in circumstances warrant it.

SO ORDERED.

Dated: June 3, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:13-cv-00942-HRL Notice has been electronically mailed to:

2  Thomas Moore    tom.moore@usdoj.gov